No. 57930.—China Pottery Co. *v.* United States, protest 208011–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the articles in question consist of trays the same in all material respects as those involved in *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261) and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiff was sustained.